1  CHRISTOPHER H. McGRATH (SB# 149129)
   chrismcgrath@paulhastings.com
2  OLEG CROSS (SB# 246680)
   olegcross@paulhastings.com
3  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   3579 Valley Centre Drive
4  San Diego, CA  92130
   Telephone:  (858) 720-2500
5  Facsimile:  (858) 720-2555

6  THOMAS A. ZACCARO (SB# 183241)
   thomaszaccaro@paulhastings.com
7  PAUL, HASTINGS, JANOFSKY & WALKER LLP
   515 South Flower Street, Twenty-Fifth Floor
8  Los Angeles, CA  90074-2228
   Telephone:  (213) 683-6000
9  Facsimile:  (213) 627-0705

10 EDWARD HAN (SB# 196924)
   edwardhan@paulhastings.com
11 PAUL, HASTINGS, JANOFSKY & WALKER LLP
   55 Second Street, 24th Floor
12 San Francisco, CA  94105
   Telephone:  (415) 856-7000
13 Facsimile:  (415) 856-7100

14 *Attorneys for Defendant VeriSign, Inc.*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUGUST T. PACE, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>D. JAMES BIDZOS, WILLIAM L. CHENEVICH, DAVID J. COWAN, MICHELLE GUTHRIE, SCOTT G. KRIENS, LEN J. LAUER, ROGER H. MOORE, EDWARD A. MUELLER, GREGORY L. REYES, WILLIAM A. ROPER, JR., STRATTON D. SCLAVOS, LOUIS A. SIMPSON, VERISIGN, INC.,<br><br>Defendants. | CASE NO. C 07-03742 PJH<br><br>CLASS ACTION<br><br>**STIPULATION AND [PROPOSED] ORDER RE-SCHEDULING HEARING DATE AND SETTING BRIEFING SCHEDULE**<br><br>Ctrm:     3, 17th Floor<br>Judge:   Hon. Phyllis J. Hamilton |

The parties, by their undersigned counsel, hereby stipulate to the following:

WHEREAS, the above-captioned action purports to be a class action filed on behalf of Plaintiff August T. Pace ("Plaintiff") and all others similarly situated against VeriSign, Inc. ("VeriSign" or "Company") and certain of its current and former directors and officers;

WHEREAS, Plaintiff filed a Complaint for Breach of Fiduciary Duty on June 19, 2007 in the Superior Court of the State of California, County of Santa Clara ("Action") and served it on VeriSign on or about July 3, 2007;

WHEREAS, VeriSign removed this Action to the United Stated District Court for the Northern District of California on July 19, 2007;

WHEREAS, Plaintiff filed and served a Motion to Remand Action Pursuant to 28 U.S.C. § 1447 for Lack of Subject Matter Jurisdiction in this Action ("Motion to Remand") on or about July 25, 2007, and noticed a hearing on that motion for August 31, 2007;

WHEREAS, on August 9, 2007, this Court ordered the above-captioned action to be related to the action captioned *Mykityshyn v. Bidzos et al.*, 3:07-CV-03332-PJH ("Mykityshyn Action"), and re-assigned the above-captioned action to the Honorable Phyllis J. Hamilton. *See* Related Case Order dated August 9, 2007;

WHEREAS, on August 9, 2007, this Court also approved the parties' stipulated schedule in the Mykityshyn Action relating to the hearing on the motion to remand in that case. *See* Stipulation and Order Re-Scheduling Hearing Date and Setting Briefing Schedule dated August 9, 2007;

WHEREAS, in the interest of time and to further the efficient presentation of the Mykityshyn Action and the above-captioned action, both actions should be presented on the same hearing date and subject to the same briefing schedule.

NOW, THEREFORE, the parties hereby stipulate to the following:

1. The hearing on Plaintiff's Motion to Remand is re-scheduled to October 3, 2007, at 9:00 a.m., or as soon thereafter as is convenient for the Court;

2. Defendant shall file and serve its opposition papers to Plaintiff's Motion to Remand on or before August 29, 2007; and

3. Plaintiff shall file and serve his reply papers on or before September 19, 2007.

IT IS SO STIPULATED AND AGREED.

DATED: August 10, 2007

CHRISTOPHER H. McGRATH
OLEG CROSS
PAUL, HASTINGS, JANOFSKY & WALKER LLP


By: */s/Christopher H. McGrath*
CHRISTOPHER H. McGRATH

3579 Valley Centre Drive
San Diego, CA  92130
Telephone:  (858) 720-2500
Facsimile:  (858) 720-2555

THOMAS A. ZACCARO
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, Twenty-Fifth Floor
Los Angeles, CA  90074-2228
Telephone:  (213) 683-6000
Facsimile:  (213) 627-0705

EDWARD HAN
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA  94105
Telephone:  (415) 856-7000
Facsimile:  (415) 856-7100

*Attorneys for Defendant VeriSign, Inc.*

DATED: August 10, 2007

PATRICE L. BISHOP
STULL, STULL & BRODY


By: */s/Patrice L. Bishop*
PATRICE L. BISHOP

10940 Wilshire Blvd., Suite 2300
Los Angeles, CA  90024
Telephone:  (310) 209-2468
Facsimile:  (310) 209-2087

*Attorneys for August T. Pace*

1 \* \* \*

2 **ORDER**

3

4 PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

5

6 DATED: 8/14/07 _____

7 THE HONORABLE PHYLLIS J. HAMILTON
UNITED STATES DISTRICT COURT JUDGE

IT IS SO ORDERED
Judge Phyllis J. Hamilton

26 LEGAL_US_W # 56828957.1

Case No. C 07-03742 PJH        -3-         STIPULATION AND [PROPOSED] ORDER