| | |
|---|---|
| 1 | CHRISTOPHER H. McGRATH (SB# 149129)<br>chrismcgrath@paulhastings.com |
| 2 | OLEG CROSS (SB# 246680)<br>olegcross@paulhastings.com |
| 3 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>3579 Valley Centre Drive |
| 4 | San Diego, CA  92130<br>Telephone:  (858) 720-2500 |
| 5 | Facsimile:  (858) 720-2555 |
| 6 | THOMAS A. ZACCARO (SB# 183241)<br>thomaszaccaro@paulhastings.com |
| 7 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>515 South Flower Street, 25th Floor |
| 8 | Los Angeles, CA  90071-2228<br>Telephone:  (213) 683-6000 |
| 9 | Facsimile:  (213) 627-0705 |
| 10 | EDWARD HAN (SB# 196924)<br>edwardhan@paulhastings.com |
| 11 | PAUL, HASTINGS, JANOFSKY & WALKER LLP<br>55 Second Street, 24th Floor |
| 12 | San Francisco, CA  94105<br>Telephone:  (415) 856-7000 |
| 13 | Facsimile:  (415) 856-7100 |
| 14 | *Attorneys for Nominal Defendant VeriSign, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AUGUST T. PACE, on Behalf of Himself and All Others Similarly Situated,<br><br>Plaintiff,<br><br>vs.<br><br>D. JAMES BIDZOS, WILLIAM L. CHENEVICH, DAVID J. COWAN, MICHELLE GUTHRIE, SCOTT G. KRIENS, LEN J. LAUER, ROGER H. MOORE, EDWARD A. MUELLER, GREGORY L. REYES, WILLIAM A. ROPER, JR., STRATTON D. SCLAVOS, LOUIS A. SIMPSON, VERISIGN, INC.,<br><br>Defendants. | CASE NO. C 07-03742 PJH<br><br><u>CLASS ACTION</u><br><br>**STIPULATION AND [P~~ROPOSED~~]<br>ORDER AMENDING DISCOVERY<br>SCHEDULE**<br><br>Judge:   Hon. Phyllis J. Hamilton<br>Ctrm:    3, 17th Floor |

1    The parties, by their undersigned counsel, hereby stipulate to the following:

2    WHEREAS, August T. Pace, Plaintiff in the above-captioned action, filed this action in
3    the Superior Court of the State of California, County of Santa Clara on June 19, 2007;

4    WHEREAS, on July 19, 2007, Defendant VeriSign, Inc., removed this action to the
5    United States District Court for the Northern District of California pursuant to the Securities
6    Litigation Uniform Standards Act of 1998;

7    WHEREAS, on July 25, 2007, Plaintiff filed a Motion to Remand Action Pursuant to
8    28 U.S.C. § 1447 For Lack of Subject Matter Jurisdiction, which, pursuant to the stipulated order,
9    is currently scheduled to be heard on October 3, 2007;

10   WHEREAS, the parties agree that the Court's ruling on the pending Motion to Remand
11   should issue before federal discovery procedures are considered;

12   WHEREAS, pursuant to this Court's August 10, 2007 Order Setting Case Management
13   Conference and Federal Rules of Civil Procedure 16(c) and 26(f), the parties must meet and
14   confer no less than seven (7) days before the currently scheduled October 11, 2007 Case
15   Management Conference, and file a joint case management statement addressing the items listed
16   in the "Standing Order For All Judges of the Northern District"; and

17   WHEREAS, pursuant to this Court's August 10, 2007 Order Setting Case Management
18   Conference, the parties may, upon good cause, submit a request to reschedule the date of the Case
19   Management Conference by written stipulation at least ten (10) calendar days before the date of
20   the conference;

21   NOW, THEREFORE, the parties hereby stipulate to the following:

22   (1)    The Case Management Conference currently scheduled for October 11, 2007 shall
23   be taken off-calendar pending this Court's ruling on the Motion to Remand; and

24   (2)    The duties and obligations as set forth in the August 10, 2007 Order Setting Case
25   Management Conference shall be stayed until a Case Management Conference is rescheduled,
26   / / /
27   / / /
28   / / /

CASE NO. 07-CV-3742 PJH                           -1-                   STIPULATION &[PROPOSED] ORDER
                                                                         AMENDING DISCOVERY SCHEDULE

and such Case Management Conference shall not be scheduled to a date and time earlier than thirty (30) days after the Court issues a ruling on the pending Motion to Remand.

DATED: October 1, 2007

CHRISTOPHER H. McGRATH
OLEG CROSS
PAUL, HASTINGS, JANOFSKY & WALKER LLP

By: */s/Christopher H. McGrath*
CHRISTOPHER H. McGRATH

3579 Valley Centre Drive
San Diego, CA 92130
Telephone: (858) 720-2500
Facsimile: (858) 720-2555

THOMAS A. ZACCARO
PAUL, HASTINGS, JANOFSKY & WALKER LLP
515 South Flower Street, 25th Floor
Los Angeles, CA 90071-2228
Telephone: (213) 683-6000
Facsimile: (213) 627-0705

EDWARD HAN
PAUL, HASTINGS, JANOFSKY & WALKER LLP
55 Second Street, 24th Floor
San Francisco, CA 94105
Telephone: (415) 856-7000
Facsimile: (415) 856-7100

*Attorneys for Nominal Defendant VeriSign, Inc.*

DATED: October 1, 2007

PATRICE L. BISHOP
STULL, STULL & BRODY

By: */s/Patrice L. Bishop*
PATRICE L. BISHOP

10940 Wilshire Blvd., Suite 2300
Los Angeles, CA 90024
Telephone: (310) 209-2468
Facsimile: (310) 209-2087

*Attorneys for August T. Pace*

1       * * *

2       **ORDER**

3

4       PURSUANT TO THE STIPULATION, IT IS SO ORDERED.

5

6

7   DATED: 10/2/07 _____    _____

8                                    THE HONORABLE PHYLLIS J. HAMILTON
                                     UNITED STATES DISTRICT COURT JUDGE
9



27   LEGAL_US_W # 57151721.2

28

CASE NO. 07-CV-3742 PJH            -3-        STIPULATION & [PROPOSED] ORDER
                                              AMENDING DISCOVERY SCHEDULE

| | |
|---|---|
| 1 | CHRISTOPHER H. McGRATH (SB# 149129) |
|   | chrismcgrath@paulhastings.com |
| 2 | OLEG CROSS (SB# 246680) |
|   | olegcross@paulhastings.com |
| 3 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|   | 3579 Valley Centre Drive |
| 4 | San Diego, CA  92130 |
|   | Telephone:  (858) 720-2500 |
| 5 | Facsimile:  (858) 720-2555 |
| 6 | THOMAS A. ZACCARO (SB# 183241) |
|   | thomaszaccaro@paulhastings.com |
| 7 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|   | 515 South Flower Street, Twenty-Fifth Floor |
| 8 | Los Angeles, CA  90074-2228 |
|   | Telephone:  (213) 683-6000 |
| 9 | Facsimile:  (213) 627-0705 |
| 10 | EDWARD HAN (SB# 196924) |
|    | edwardhan@paulhastings.com |
| 11 | PAUL, HASTINGS, JANOFSKY & WALKER LLP |
|    | 55 Second Street, 24th Floor |
| 12 | San Francisco, CA  94105 |
|    | Telephone:  (415) 856-7000 |
| 13 | Facsimile:  (415) 856-7100 |
| 14 | *Attorneys for Defendant VeriSign, Inc.* |

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | | |
|---|---|---|
| AUGUST T. PACE, on Behalf of Himself and All Others Similarly Situated, | CASE NO. C 07-03742 PJH | |
| Plaintiff, | CLASS ACTION | |
| vs. | **PROOF OF SERVICE** | |
| D. JAMES BIDZOS, WILLIAM L. CHENEVICH, DAVID J. COWAN, MICHELLE GUTHRIE, SCOTT G. KRIENS, LEN J. LAUER, ROGER H. MOORE, EDWARD A. MUELLER, GREGORY L. REYES, WILLIAM A. ROPER, JR., STRATTON D. SCLAVOS, LOUIS A. SIMPSON, VERISIGN, INC., | Ctrm: | 3, 17th Floor |
| | Judge: | Hon. Phyllis J. Hamilton |
| Defendants. | | |

Case No. C 07-03742 PJH                                                                                    PROOF OF SERVICE

# PROOF OF SERVICE

I am employed in the City and County of San Diego, California. I am over the age of 18 years and not a party to the within action. My business address is Paul, Hastings, Janofsky & Walker LLP, 3579 Valley Centre Drive, San Diego, CA 92130.

On October 1, 2007, I served:

**STIPULATION AND [PROPOSED] ORDER AMENDING DISCOVERY SCHEDULE**

on the party(ies) in this action by placing a true copy thereof in a sealed envelope(s), addressed as follows:

**See Attached Service List**

[X] (BY E-FILE) I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system which will send notification of such filing to counsel denoted on the attached Service List, and I hereby certify that I have mailed the foregoing document(s) via the United States Postal Service to the non-CM/ECF participants indicated on the attached Service List.

[X] (BY MAIL) I placed each such sealed envelope, with postage thereon fully prepaid for first-class mail **(only as to the parties identified with an asterisk (\*)**, for collection and mailing at Paul, Hastings, Janofsky & Walker LLP, San Diego, California, following ordinary business practices. I am familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence, said practice being that in the ordinary course of business, correspondence is deposited in the United States Postal Service the same day as it is placed for collection.

[ ] (BY PERSONAL DELIVERY) I then sealed the envelope and caused it to be hand delivered to the offices of the addressee(s) below.

[ ] (BY FACSIMILE) I transmitted the above-listed document(s) to the party(ies) listed above via facsimile on N/A. No transmission error was reported by the facsimile machine.

[ ] (BY UNITED PARCEL SERVICE) I am readily familiar with the practice of Paul, Hastings, Janofsky & Walker LLP for collection and processing of correspondence for overnight delivery and know that the document(s) described herein will be deposited in a box or other facility regularly maintained by United Parcel Service for overnight delivery.

[X] (FEDERAL) I declare that I am employed in the office of a member of the bar of this court, at whose direction this service was made.

Executed at San Diego, California on October 1, 2007.

*/s/ Veronica Rivera*
VERONICA RIVERA

Case No. C 07-03742 PJH           -1-           PROOF OF SERVICE

## **SERVICE LIST**

**COUNSEL FOR PLAINTIFFS:**

\*\*Patrice L. Bishop  
   STULL, STULL & BRODY  
   10940 Wilshire Blvd., Suite 2300  
   Los Angeles, CA  90024  
   Telephone:  (310) 209-2468  
   Facsimile:  (310) 209-2087  
   Email:  service@ssbla.com

\* Jules Brody  
   Aaron L. Brody  
   STULL, STULL & BRODY  
   6 East 45th Street  
   New York, NY  10017  
   Telephone:  (212) 687-7230  
   Facsimile:  (212) 490-2022

\* Joseph H. Weiss  
   WEISS & LURIE  
   551 Fifth Avenue, Suite 1600  
   New York, NY  10176  
   Telephone:  (212) 682-3025  
   Facsimile:  (212) 682-3010

*Attorneys for Plaintiff August T. Pace*

\*     **Via U.S. Mail Only**  
\*\*   **Via CM/ECF Only**

LEGAL_US_W # 57204475.1